JS-6

FILED
CLERK, U.S. DISTRICT COURT

6/20/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JAPHET BALDOMERO, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; AND DOES 1 THROUGH 100, inclusive,<br><br>  Defendants<br><br>WAL-MART STORES, INC.,<br><br>  Cross-Complainant,<br><br>v.<br><br>ROES 1 THROUGH 100,<br><br>  Cross-Defendants. | CASE NUMBER:<br>2:17-CV-3972 FMO (MRWx)<br><br>[PROPOSED] COURT ORDER GRANTING REMAND REMOVED ACTION AFTER STIPULATION FROM PARTIES |

## ORDER

On or about June 19, 2017, the Parties to the above-referenced matter filed a Stipulation for Remand Removed Action and Order. The Court having reviewed the stipulation and good cause appearing, orders as follows:

 1.) The Parties' stipulation is approved;

 2.) Western District Court of California case number 2:17-CV-3972 FMO (MRWx) styled JAPHET BALDOMERO v. WAL-MART STORES, INC., et

- 1 -

al., is hereby remanded to Los Angeles County Superior Court.

**IT IS SO ORDERED.**

Dated: June 20, 2017                     /s/ Fernando M. Olguin
                                          UNITED STATES DISTRICT COURT JUDGE